BEFORE THE THIRD DIVISION, OCTOBER 23, 1962

No. 67140.—Wilshire House et al. *v.* United States, protests 58/23556, etc. (Los Angeles).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of copies of works of art similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiffs was sustained.